UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
TOMAS PEDRAZA, *individually and on behalf of others similarly situated,*

                *Plaintiff,*

-against-

52 VAN FOOD CORP. (d/b/a BLAKE & TODD), 47TH STREET FOOD, INC., (d/b/a BLAKE & TODD RESTAURANT), 53RD STREET FOOD LLC, (d/b/a BLAKE & TODD RESTAURANT), and ALEX RACHOWIN,

                *Defendants.*
------------------------------------------------------X

Index No. 16-CV-9019

ORDER APPROVING
SETTLEMENT AGREEMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/18

Upon motion of Plaintiff TOMAS PEDRAZA by his attorneys at Michael Faillace & Associates, this Court finds that:

Whereas this Court has reviewed the fully executed amended settlement agreement submitted by the Plaintiff TOMAS PEDRAZA and the Defendants 52 VAN FOOD CORP. (d/b/a BLAKE & TODD), 47TH STREET FOOD, INC., (d/b/a BLAKE & TODD RESTAURANT), 53RD STREET FOOD LLC, (d/b/a BLAKE & TODD RESTAURANT), and ALEX RACHOWIN; whereas this Court has reviewed the fee application of Michael Faillace & Associates, it is hereby ORDERDED:

    i. That the terms of the proffered settlement agreement are found to be fair and reasonable.

    ii. That the allotment of the settlement fund for attorneys' fees and costs is approved.

    iii. That this case is dismissed in its entirety as follows: (i) dismissal with prejudice as between TOMAS PEDRAZA and the Defendants 52 VAN FOOD CORP. (d/b/a

BLAKE & TODD), 47TH STREET FOOD, INC., (d/b/a BLAKE & TODD RESTAURANT), 53RD STREET FOOD LLC, (d/b/a BLAKE & TODD RESTAURANT), and ALEX RACHOWIN, and (ii) dismissal without prejudice with respect to opt-in Plaintiff Eloisa Corona ("Corona") as Michael Faillace & Associates, counsel for Corona, has indicated that Corona desires to voluntarily withdraw all her claims against Defendants without prejudice with no consideration advanced by any party for such withdrawal.

    iv.    That this Court retains jurisdiction for 3 months solely for the purposes of enforcing the terms of the settlement agreement between Pedraza and Defendants.

Dated: New York, New York
December ___, 2017

Jan 2, 2018

SO ORDERED

P. KEVIN CASTEL, U.S.D.J.

Letter application (Doc 33) is GRANTED. Conference is VACATED. The case is closed.